# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 16-5650 |
| v. | : | |
| | : | |
| ANTHONY E. SMITH, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __23rd_ day of February, 2017, Plaintiff is **ORDERED** to show cause **on or before March 8, 2017** why this case should not be dismissed for lack of prosecution.[1]

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] This action was filed on October 28, 2016 and there is no proof of service on the docket.

1