# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ANTHONY E. SMITH AKA ANTHONY SMITH; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05650

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANTHONY E. SMITH AKA ANTHONY SMITH the above process on the 28 day of February, 2017, at 2:27 o'clock, PM, at 4661 MULBERRY STREET PHILADELPHIA, PA 19124, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☒ By handing a copy to the Defendant(s)

Description: Approximate Age 46-50  Height 5'8  Weight 190  Race BLACK  Sex MALE  Hair BLACK
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
                             ) SS:
County of _Berks_            )

Before me, the undersigned notary public, this day, personally, appeared ____Shannon Beckier____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158103
Case ID #: 4817338

Subscribed and sworn to before me this _1_ day of _MAR_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017